# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. COLEMAN,<br><br>              Plaintiff,<br><br>     v.<br><br>CDCR, et al.,<br><br>              Defendants.<br>                                                    / | CASE NO. 1:09-CV-00224-DLB PC<br><br>ORDER REGARDING MOTION HEARING<br><br>(DOC. 33) |

Plaintiff Robert E. Coleman ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation, proceeding pro se. This action is proceeding on Plaintiff's third amended complaint against Defendants A. Diaz, M. Lopez, and P. Maldonado. Pending before the Court is Defendants M. Lopez and A. Diaz's motion to dismiss, filed October 6, 2010. Defendants also move for a hearing on the motion.

Pursuant to Local Rule 230(l), motions in prisoner actions shall be submitted without oral argument unless otherwise ordered. The Court does not find a hearing necessary here. Accordingly, Defendants' request for hearing on the motion is denied.

IT IS SO ORDERED.

Dated:   October 7, 2010                    /s/ Dennis L. Beck
                                            UNITED STATES MAGISTRATE JUDGE

1